

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2014 SEP 19  PM 2: 54

WILLIAM W. BLEVINS
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 14-206 |
| v. | * | SECTION: SECT. H MAG. 5 |
| **JANET SMITH** | * | VIOLATION: 18 U.S.C. § 371 |
| | * | |

\*       \*       \*

### MOTION FOR ISSUANCE OF A SUMMONS

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Special Assistant United States Attorney, who respectfully submits:

The defendant has been charged in a Bill of Information with violating Title 18, United States Code, Section, 371 Conspiracy to Commit Mail Fraud.

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____

**WHEREFORE**, the United States of America prays that a summons be issued to defendant requiring that defendant appear for arraignment.

        Respectfully submitted,

        KENNETH ALLEN POLITE, JR.
        UNITED STATES ATTORNEY

        /s/ Michael B. Redmann
        MICHAEL B. REDMANN
        Special Assistant United States Attorney
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3000